# EXHIBIT #1

Plaintiffs:
Dorothy M. Cato
Christopher L. Cato

Defendants:
The City of Houston
The Houston Police department
Allstate Insurance Corporation
Enrique Gonzales

2022 13932

Count of Harris
County Texas
Jury Trial
113th CRT Requested
Civil & Criminal
Complaints

**FILED**
Marilyn Burgess
District Clerk

P 29

MAR - 2 2022

Time: _____
By _____
Harris County, Texas
Deputy

To the Honorable Judge of the Said
Court:

Comes now Mrs. Dorothy M. Cato and Son
Christopher Leslie Cato hereafter, referred to as
the Plaintiffs Complaining of Allstate Insurance
Corporation + Of Several Causes of Actions.
The City of Houston Police department and the
Internal affairs department, The City of Houston
who Can be served through its agent the
Mayor Sy Hester Turner and for these Causes
Of Actions, the Plaintiffs would respectfully
Show the Civil district Court as Follows:
The Plaintiffs are residents of Harris County
And the State of Texas, who are now
Suing for Discrimination, Fraud and Breech
Of Contracts and other Causes of action with
Probable Causes existing the defendants are
now Ripe for Prosecution after Careful
Investigation for a Period of time to be
Fully Correct and Factual.

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

For Official Government Use Only - Do Not Disseminate to the Public: 1947590 - Page 1 of 31

For Official Governmental Use Only – Do Not Disseminate to the Public: 100759651 - Page 2 of 29

Enrique Gonzalez A Resident Texas at
5320 Hunning Bird, Houston, Texas
Harris County, where he was and can
Be Served With Process.

The Defendants at Allstate Insurance
Company, Is an Illinois Corporation
doing business In Harris County, Texas
and May be served with Process by
Serving its attorney of record, at the
address at its Illinois Location.

## II.

The Venue is proper In Harris County
Texas because the Incidents Complained
About all Occurred in Harris County, Texas

## III.

Plaintiffs Can easily show that each
accident that occurred, were the
defendants fault while each accident
occurred while the Plaintiff were
setting at a Stop Light while
the Lights were all Red.

-2-

For Official Governmental Use Only - Do Not Disseminate to the Public: 100759651 - Page 3 of 29

The Plaintiff have witnesses that could testify In court And Medical Bills that would show their damages, their Punitive damages and their Past, Present, And Future Medicals And also; their Pain and suffering that they had to endure Over the years Because of the defendants doing Fraud, committing theft, while the defendants all State Employees the Houston Police department to Conduct Interference With each one of the Plaintiffs Claims. No matter what the Plaintiff done to Cooprate with the defendants they would Continue to hide behind the walls of the Houston Police department. The Plaintiff Christopher L. Cato can show that he was driving his vehicle at the intersection of scott and ennis In Houston, Harris County, Texas when his vehicle was suddenly Violently struck by a vehicle driven by and owned by Nolan Rivera. 3 -

For Official Governmental Use Only - Do Not Disseminate to the Public: 100759651 - Page 4 of 29

(continued) Bael Light for at least 10 sec. when his vehicle was suddenly struck from behind by Ruben Rivera, Mr. Cota's vehicle was splashed from behind causing the Mew vehicle he was driving to be totaled. Mr. Cota can show the Judge, the Court and the Jury nothing he did or failed to do was negligent or contributed in any way to the Collision which cause Mr. Cota vehicle to be totaled by Allstate Insurance Company (AKA) the defendants. The Plantiff would State In the count of Lane that Ruben Rivera is guilty of several or Moe acts of negligence at the time and Place of the Collision, all Injuries which were suffered by the Plaintiff Christopher Cota which the Plaintiff can Prove as Follows:

1. The defendants failed to Maintain Proper Lookout

2. The defendants failed to have their vehicle under Proper Control.

5. The Defendant was driving his vehicle at a greater rate of speed than allowable by Law, over 35 M.P.h and Instead at Least 55 M.P.h as a Person who would use Ordinary Care who would have been driving under the Same or Similar Circumstances Each and all by Belien Rivera as Stated: he was negkent, he was guilty of taking out the Plantiffe Vehicle, he failed to Control his Speed, he failed to Properly Look out, he failed to Protect the Plantiff and his property, Separately and Concurrently, a direct, and Proximate Cause of the Collision Made the Legal Lawsuit for the Basis for the Plantiffs to Sue, the glas; the Plaintiff Christopher S. Cote Conner now Sueing for all the Injuries he and his mother Dorothy M. Cote has Suffered as a Result thereof:

-5-

For Official Governmental Use Only - Do Not Disseminate to the Public: 100759651 - Page 6 of 29

Plantiff, Would Show at one or about
the time of the accidents Plaintiff
Christopher L, Cote Was a Passenger in
a vehicle owned and driven by the
Plaintiff Dorothy M. Cote, who was
driving her vehicle in the 5100 Block
of Airline in which they were Stopped
at the red Light for at Least 10
Secs. Im Houston, Harris County, Texas
when the reckless driver named
Bieber Rijera Struck the Plaintiff
from behind violently and then Backe
Cadallivi serviller from behind for at
Least 6 More times Until Christopher Cote
got out of the Car to take the Cars
from him, Until the Witnesses all,
10-15 of them Called the Police out,
after Careful Investigation it was found
Out that Enrique bouzder suffered from
Sever Medical Conditions on or this
Year 2022. While the Plaintiff
have and still is Investigating these

- 6 -

For Official Governmental Use Only - Do Not Disseminate to the Public: 100759651 - Page 7 of 29

Claims of the plaintiff are not only merely
But Show the Court that every one of
these Claims or Legal and are Worthy
of Compensation. While the Vehicle
Owned by Enrique Gonzalez Struck
the Plantiff Vehicle from which while
the Plantiffs Was Sitting at the Red
Light for 10 sec. Before they Were
Struck Violently from behind causing
their Vehicle to be declared as totted
out by their Insurance Co, allstate
who at the time of the accident had
the Plantiff Covered under a Policy of
100/300/100 for the years of each of
accident. The Plantiff Can Show that
they Were Covered by allstate Insurance
Company and Enrique Gonzalez Received
a ticket for Several Causes of Violation
as a Matter of fact Enrique Gonzales
Was Cited for Hitting a Gas Pump
at the Step and 60 gas Station
Causing an explosion and he Was
not Covered by allstate Insurance Co

For Official Governmental Use Only - Do Not Disseminate to the Public: 100759651 - Page 8 of 29

At the time of the accidents, But
yet, Instead; allstate Put him
into their Insurance Company, also;
Stated By attorney Tim acct he is
not correct, therefore; We are going to
Sue the Under Motorist Coverage and
your P.i.P; But Instead; allstate
Lied and Speedily Into the Insurance
Company So they Wouldn't have to
Pay the Plantiffs Claims, these Sorry
Bastards, then out keyed the Houston
Police department and then used them
to Block the Claims of the Plantiffs.
this act by the Insurance Company and
the Police dept went on for years.
And the Plantiffs Suspect the Police dept
In to date Present Still Involving their
Selves In the Insurance of the Plantiffs
for the reasons deception stated from
the next door neighbor who has
Lied repeatedly to Prevent the

-8-

For Official Government Use Only & Not Disseminate to the Public: 2025-ID75 - Page 10 of 31

... manner or stated Im the law, But she feels the Plantiff should not be compensated as if she owns the Insurance Company called Allstate. How do a Police department allow a Known Hacker determine their Insurarion, And their ability to Rightfully Perform their Paid duties. The Police department never spoke with the Plantiff, But Would allow Allstate to use them as a shield to hide behind while they would steal the PIP, the Policy Limits and all other forms of Payment owed to the Plantiff, The Houston Police department and the Internal affair division all have shown nothing But Corruption and not to be taken as the truth, but Instead, The departments are for Sale. If the Plantiff want an officer Just buy one. It's a situation or the highest bidder wins! Therefore, the Plantiff Case Prove Im a Court of law Is guilty of numerous acts of negligence at the time and Place of the Collision

-9-

For Official Governmental Use Only - Do Not Disseminate to the Public - [90759651] - Page 11 of 21

Enrique Gomez should he even driving
on the Streets of Houston, But, Instead; he
Was on the Streets With no Courage, no
type of Aubility and Most of all he was
taking Medicine at the time of the accident
And its Proven fact that this Man was
not even suppose to be driving on the streets;
therefore; the Plaintiff now sues the Absolute
known as allState Insurance Company, The
City of Houston, The Houston Police department,
the City of Houston Police department,
known as the Internal affairs devisions.
Fer fraud, For lying to the Court, for deception,
fer abuse of Powers, for Falsifying documents,
For the illegal use of Private Property, for the
illegal use of ones name and Copy right, for
the illegal use of the Insurance of the
Plaintiff for allowing the Plaintiff to
have to endore Pain and Suffing for all
of the years they would refuse to Inspt
fixe the Plaintiffs Complaint, while Plaing
the Plaintiffs Complaints In the file

-10-

For Official Governmental Use Only - Do Not Disseminate to Public: 1057260651 Page 1 of 29

As ... ... ... ... were torn up
the defendants accidents which were
Considered an the acts of negligence, all
of which Proximately Caused the
damage now that the Plantiff would
never be able to Show the Court
after years of Investigations and Preventing
the Plantiff from receiving due Process
Under the Law and Causing everyone of
these Causes of actions being brought by
the Plantiffs while Showing the Court, that
have been numeraes of acts of Civil
And Criminal which have resultant In
damages which would exceed the
Civil district Court of Law, while the defendate
walked around freely (the Plantiffs Suffred
severe damages: Such as damages, Punitive
damages, Past Medical, Present Medical, Future
Medicals and Can Show the Court for the
Reasons Stated In this Law Suit Pain and
Suffering. And other Causes of actions allowable
by the Jurisdiction of the Said, Court.

—11—

Therefore The Plaintiff; approached Show, and
Prove that the defendants are all responsible
for failing to Protect the rights of the Plaintiff
and Instead; They the Police department
decided to Cover-up the Injustice that
was done to the Plaintiffs after all of
the Bullshit they have gone through
as if that wasn't enough so they
Just decided the hell with the law
Lets Just Cover up the Injustice and
hope it would Just go away — The
Plaintiff would also; ask the Court to
Ordr the defendants to Produce the Invoice
Police to tell the Court why the Plaintiffs
Were not paid and the defendants decided
to Pay to houston Police department There;
the Plaintiffs comes more Suing the defendants
for each and all of the foregoing acts,
By Ommission and Commission, which all
are negligent and the defendants have
Continue to be negligent, ever after the

the Plantiff have the Right and duitt to uphold the Letter of the Law. Each and all acts of the defendants was Jointly and Severally and Separately and Concurrently a direct and Proximate Cause of the acts Caused by defendants which would and Is the basis of this Law suit and the personal damages and the personal Injuries all of the Injuries Suffred by the Plantiff as the result thereof.

## VII.

Plantiff Can show the Court on or about of the time of the actions of the defendants, who by Omission and Commission and by the Plantiff truth, because they Were there at each scene of the accident and the Plantiff have experience from the defendants who are flatly out of their damn Minds to try this Mess, the Nerve to try this Mess, Just to See if it would Work.

-13-

For Official Governmental Use Only - Do Not Disseminate to the Public: 100650651 - Page 14 of 29

V. Made the the Defendants have omitted to the wrong they have done now the Law allows the Plantiff to exercise their Rights Also, Known as Human Rights So that Justice Can be done.

## VIII.

The Plantiff Christoph Cote Can show Test Case that while he was on the side of the feeder Road he filed a Complaint with the Houston Police department, while the Unknown failed to Central their Speed and failed to Maintain a Proper Lookout the Vehicle was going at a greater rate of Speed than it should. Failing to Make Such application of the breakes of their vehicle. As a Person Using Ordinary Care Would have Made Under the Same or Similar Circumstances.

## IX.

Plantiff Can Show futher that the

—14—

For Official Government Use Only - Do Not Disseminate to the Public: 100759651 / Page 15 of 29

defendants fired Depending on the Plantiff without even Investigating Not one Claim filed by the Plantiff, The defendants repeatedly Violated the rights of the due Process of the Plantiff by discriminating against the Plantiff In order to Cover the ass of the defendants, The defendants have Never been Called out on this Shit they Created but Instead, Lied on the Plantiff to Prevent the Plantiff from ever seeking Justice, But Instead Paid themselves and Used the Court to Close the file So the Plantiff In the Middle of the defendants Would Just Go away and Leave their Money on the table as Usuall the defendants are out of their damn Minds to try this Shit. The defendants have the Nerve to Use the next door Neighbor as a Spy to ease drop as if their Information Would Lead to a break through, Instead, the defendants are Now Being sued for Several Causes of Actions

— 15 —

For Official Court Business Only - Do Not Disseminate to the Public: 10075J051 - Page 27 of 29

J.M. Clarity and well Limited to: Loress
Punitive Damages, Past, Present and Future
Medical Bills, and other damages allowable
Under the Law along Pre-Interest, Post
Interest, at most less than 35% Annually.
As the result of the aforesaid negligence
of Defendants, Plaintiffs have suffered
Severe and extensive personal injuries, that
Will require Considerable Care and
Possible Medical Care for their Bodily Injuries
that they Sustained along with other Injuries.
While the Plaintiffs have Sustained damages
Of Physical Pain and Mental anguish in the
Past and well probably Suffer such elements
of Damages for a Long time. They Further more
the Plaintiffs have Suffered disability
Impairment, diminished earning Capacity
and a great Lost of Wages because of
the defendants Lies and Fraud. Since the
defendants hide the truth from the Court it
has Financially Cost the Plaintiffs Financial
and Physically. In all Probability, the
Plaintiffs have Suffer these elements for a while

-16-

... with the accidents. As a result of these accidents the Plantiff lost their Property and its Value and also; their wage earning Capability. As a result of the defendants, they have been illegally deprived of their rights Under the Due Process Statue and all the Same time Stolen from while being deprived of their Legal — God given rights.

X.

As a result of the defendants negligence the Plantiff were Paying their Premiums month to Month on time, never Missing a payment. Therefore; the Plantiffs would now show the Court Just Cause to Sue the defendants Because of the following actions that Were Conducted and Attended for a Period of Time while the Plantiffs Suffered from the Actions of the defendants. The Plantiff are Prepared to defend this Law Suit by any Legal Means necessary so that their rights Can be Justified As enforcable and that so that Justice Can be done.

-17-

For Official Governmental Use Only – Do Not Disseminate to the Public 1007596517     Page 5 of 29

For Official Government Use Only - Do Not Distribute to the Public - T0175500 - Page 18 of 29

At the time of the three Collisions Caused
by the defendants, the Plaintiffs name
and reputations were Defamed and Slandered.
While the defendants were Paid, the Plaintiff
were Insured and got Nothing for no
Reason, other than the defendants felt It
was an Oppurtunity Make Money off of
Plaintiffs Insurance Coverage. Allstate
Insurance Company Conspired against the
Plaintiff Because they felt It was an
Oppurtunity to not Pay the Plaintiff's Claims.
Instead, Just the Houston Police Involved
so that the defendants Could hide behind the
Backing of the Houston Police department. The
Plaintiffs filed Complaints against the Houston
Police department, with no Cure In site to
the ongoing Problem, the Plaintiffs filed
Complaints for Forgery, For Harrassment, For
theft, for Crime, For neglect, and For Explotation
to date Present no Investigation or no Closure
to even say if the Information Provided
against the defendants were true. The Plaintiff
dont Care about that now, they would
ask the Court to Make them whole again
By Paying for the Claims stated In this
Law-Suit.

-18-

For Official Governmental Use Only - Do Not Disseminate to the Public 100/750651 Page 20 of 2

... the Injuries the Plaintiff Suffered Home from the defendants, the defendants hide Complaints Conspired with one another, Trash Legal Complaints they refuse to Investigate the Complaints of the Plaintiff as if they Wacting for the time to expire so they could Keep the Money for them Selfs, But Instead, they Got Caroht and now there hoping to get this Case Settled so it Can go away and they Can be free once again, But it Want be a easy Climb for the defendants But the Plaintiff will be Paid for every Violation of their human Rights, Civil Rights and Other Causes of Actions that the Plaintiff Can Sue for in the Court thereof, the Plaintiff Would Ask as a part of the Settlement that Criminal Charges Would be Filed against the defendants for Interfering With the Rights and from Preventing the Plaintiff Due Process Under the Law as described In our Constitution.

For Official Governmental Use Only - Do NOT Disseminate to the Public (00-75671 - Page 20 of 31)

At the time of the three Collisions
the Plaintiffs Property was totaled
and they Sustain Injuries. The
Defendants who were driving the
opposite vehicles were neither Insured
or Could prove any Coverage, this is
Way allState Started denying the
Legitimate Claims, because they the
driver had no Coverage, therefore, the
defendants Lied and all Conspired with
the Police department and the Insurance
along with the Courts to Keep the Prevent
the Insurance Company to have to pay
the Plaintiffs. Those, Instead, Paying
the Plaintiff the defendants kept the
Money and Paid, this all Instructing them
from telling in the of the Plaintiffs which
allState Insurance Company to close the
Plaintiffs Claims and Complaints all of the
Same time then they Could Close the
File and not pay nothing. What a
fucked up system that Rides itself
On mistreating the Public and the
Plaintiffs.

-20-

For Official Governmental Use Only and Not the Resume of the Public: 10072051 Page 21

All State's Memory of these allegations and remarks and Criminal Complaints that were filed resulting from the negligence of the uninsured Motorist who wrecked and totaled Property, Insured, the Police department who could have Fixed or even Prevented this Stuff from happening when the Complaints where being filed. The Plaintiff were Covered with Policies Coverage for the amount of 100/300/100, Each Claim was Paid on time, and was fully Covered, AllState even had to Plaintiff with Personal Injury Protection (PIP) Coverage under the Said Policies, Because all the other drivers who were involved in the 3 accidents were all uninsured/underinsured motorist and (PIP) Coverage shortly after each accident. Even though the Plaintiff were fully Covered, and their Policies were Paid In full, the defendants tried to lie their way out By setting up Roadblocks so the Plaintiff couldn't get the Justice deserved. after all of that BullShit the Plaintiff won As usual.

-21-

For Judicial/Governmental Use Only - Do Not Disseminate to the Public: 1067576651 - Page of 29

Houston Police department for the $145,000⁰⁰ that Was Stolen from the accounts of the Insurance Policies belonging to the Plantiffs while the Incured Interest of 35% Annually would be Incurring while this Law suit Will show that AllState Insurance Company Refuse to Pay the Plantiffs while the Policy Was Paid in full, but Instead, the defendants found it to be easier to Pay the Houston Police department, Instead of Paying the Plantiffs, All the defendants Actions Were Without Probable Caus. Therefore; the Plantiffs would ask the Court to grant Relief for the Plantiffs so that Justice Can be done. The Plantiffs would Ask for the Court to allow this Cas to be Sent to mediation, while the Local Law Enforcement Can be Showed Just Cause to Investigate the Stolen Money from the Plantiff Insurance Policy by the Insurance adjusters And the Insurance Company's Lawyers who repeatedly Paid themselves thousands of Dollars. And at the same time the Plantiff Were denied.

The officers acted under color of their actions while they were committing these Criminal acts, hoping they would be Protected by the houston Police department. They knew if we Pay the officers at the Police department and Pay the other Lawyers and themselves the Plan would work Perfect, But Instead, It failed and now the defendants been Caught. The defendants Names and Badge number should be available through the houston Police department so the officers Name Can be Placed on the Grande Jurys List. for Prosecution and also the Plaintiff well be demanding the Civil district Court to enforce all Contract Policies and dollars owned to the Plaintiff In a Speedily Manner or / and issue warrants for the defendants and force them to Post Bond for each Crime that has Committed. In this Complaint, Anytime a Police Officer Committ a Crime of this Nature, their asses should be Locked up and Never see the day of Light again. To steal from the Plaintiff and then receive financial kick backs. It's not only a Crime, But a Menace to Society

For Original Documental Use Only – Do Not Disseminate to the Public 10/04/651 – Page 23 of 29

For Official Governmental Use Only - Do Not Disseminate to the Public: 100759451 - Page 240739

As a Result of all the Injuries the Plaintiff Suffered they now Come Suing the defendants for Several Causes of Actions and Civil Right and Constitional Rights Violations, Fraud, descrimination Failed to Pay the Plaintiff In a timely Manner and For failing to Protect the Rights of the Plaintiff, for Filing False Reports against the Plaintiff, for Lying on the Plaintiff for defamation and Slander and other Causes Actions allowable Under Law. Let it, also; Include; Other Causes of Actions Therefore; the defendants are being Sued for Violating the Rights of the Plaintiffs. Also; the Plaintiff would call for the defendants to be Ordered to be In Court and also; be Ordered to Pay for the damages that they have Caused the Plaintiff Including 35% Of Interest for each year annually and also; the Plaintiff Can Show that they are entitled to Plunitive, Past, Present and Future and also; 22 -

Complaining of all State Insurance Company for illegally Compromising the Identity of the Plaintiffs to the Houston Police dept. Giving the Information to Unknown officers without the Authorization of the Plaintiffs. The Defendants have illegally Used the Plaintiffs Information given to the Police department Without the Plaintiffs Consent. The Identity of the Plaintiffs has Been illegally Used And Compromised by the Houston Police department while the Defendants have to date Present haven't issue one Citation, Ticket and/or ever Warrant for the Complaints Filed over a long period of time, But, Instead, Stole the Identity of the Plaintiffs Used the Name And forged the names on Checks to Pay the Houston Police department Thousands of U.S. Dollars, while All State Paid the claim adjusters And Its Criminal Lawyers for Services Never Rendered, Since Services were Never rendered how in the Hell did the sorry ass defendants Pay their selves while billing it for Services Rendered, These Bastards don't Stop at fact of Conviction, But, Instead,

For Electronic Distribution Only 10/04/23 — Not to be Disseminated to Public 110754/651 — Page 25 of

And Some Officer thats for Sale, then
Call it right, Hide the Plantiffs Complaints
there if they find it necessary just Put
the Plantiff Complaints In the trash
And Call it Frivilole. The defendats
have done nothing In Compliance with
Law. But Instead, Just Piss on the
Plantiff With made up Laws, And
fraudulent Process, this Shit has been
going on for over 25 years, While the
People Living next door to the Plantiff
illegally envade their Sorry area In the
Business of the Plantiff, And the Plantiff
already have Knowledge of the Set-up's
that the dumb—ass defendant tried to
Checkmate, But Instead, failed. The Plantiff
intenees to Win all of their Cases, whether
In Court or OutSide of the Court, therefore;
the Plantiff, demands the Honorable Judge
of the Said Court to File a Criminal Complaint
So that Warrants Can be Issued for the
defendants who have done harm to the
Plantiff Without Probable Cause, thereof;
the Plantiff would ask the Judge to find
it necessary to Send these Complaints
over to the Federal's Marshall office for Prosecution

For Demonstrational Use Only - Disseminate to the Public - Document 05, Page 27 of 00

upon hearsay and investigations, that the Plaintiff Just found out about the Criminal action of the defendants this year as of January 2023. So the Plaintiffs now Can Show Probable Cause and/or Just Cause to File this Legal Law suit In the State Court. So that Justice Can be done, the Plaintiff also, Can Prove they suffered Damages, Past Suffering, Present Suffering, Future Suffering, and Punitive damages along With other Causes of damages as well as Pain and to date no Closure for the Unneccessary actions of the defendants, Except to Conspire the Identity of the Plaintiff, to Harm the Plaintiff, and to Conspire against the Plaintiff and Closing the Plaintiffs Complaints with Predudice, therein, the Plaintiffs Can Show a Sufficent enough amount of Evidence that would Lend to the Arrest and the Conviction of the defendants Allstate Insurance Co. Kent Lafraise and his Associates who Intentionally Stole from the Plaintiff. Instead, of the Plaintiff taking the Law Into their own hands they decided to use the Judicial System to Prosecute the defendants.

For Official Governmental Use Only: Do Not Disseminate to the Public: No 25965   Page 28 of 29

The Plaintiff would sue the defendants In the Amount of $100,000,000.00 In Damages, $250,000,000.00 In Punitive damages And $25,000,000.00 In Past, Present and Future Medical And $350,000,000.00 In Pain and Suffering there fore; the Plaintiff would ask the Court to grant the Judgement against the defendants Before trial or /and during trial so that Justice Can be done.

Wherefore; the Plaintiff also would ask the Court that all the defendants be Ordered to appear and Answer all the discovery herein As Requested by Law and at the hearing the defendants Would be Ordered to Pay the Plaintiff for all the Mentioned damages In this Law-Suit, for all the pre damages and Post-damages Included Interest, Cost of Court and Lawyer Fees And

There fore; the Plaintiff would further relief to Which the Plaintiff may Show the Court that they are Justly entitled to.

-23-

*Plaintiff Signatures*

Dorothy M. Cato
7710 Boggess Rd.
Houston, Texas
77016-2805

Kristoffer S. Cato
7710 Boggess Rd.
Houston, Texas
77016-2805

Public: 10475\651 - Page 29 of 29

For Official Governmental Use Only - Do Not Disseminate to the Public

-24-



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   September 18, 2023

Certified Document Number:        100759651 Total Pages:  29

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**